IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AKEM HOLDEN, § § § *Plaintiff,* § § v. § § SERCO INC., JOHN C. § TEDDERHAIMFIELD AND ACE § AMERICAN INSURANCE COMPANY § § *Defendants.* | CIVIL ACTION NO. [Removed from the Civil District Court of Orleans Parish, Louisiana] **JURY DEMANDED** |

## CONSENT TO REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Serco Inc., who without waiving any right to deny that any cause of action exists against it, and without waiving any other defenses or exceptions which may exist in its favor, including, without limitation, the defenses of lack of personal jurisdiction, forum nonconveniens, lack of and/or insufficiency of service of process, in both state and federal court, Serco Inc. hereby consents to the removal of this action on all of the grounds set forth in the Notice of Removal filed by John Tedder-Hairfield, in the removal of the above-captioned action bearing case number 2020-08936 from the Civil District Court for the parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

/s/ Michael B. Guerry
Stanton E. Shuler, Jr. (T.A.)- #191512
E-mail: sshuler@leakeandersson.com
Michael B. Guerry - #37145
E-mail: mguerry@leakeandersson.com
**LEAKE & ANDERSSON, L.L.P.**
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701

**EXHIBIT F-1**

Tel: 504/585-7500
Fax: 504/585-7775
**ATTORNEYS FOR DEFENDANT SERCO INC.**