IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AKEM HOLDEN,<br><br> *Plaintiff,*<br><br>v.<br><br>SERCO INC., JOHN C.<br>TEDDERHAIMFIELD AND ACE<br>AMERICAN INSURANCE COMPANY<br><br> *Defendants.* | CIVIL ACTION NO. 21-cv-01661<br><br>SECTION: "D" (2)<br><br>DISTRICT JUDGE: WENDY B. VITTER<br><br>MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT<br><br>JURY DEMANDED |

## **LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS**

Serco Inc., ACE American Insurance Company now known as Chubb Insurance and John Tedder-Hairfield (collectively "defendants") submit the following statement of undisputed material facts pursuant to Local Rule 56.1:

1. On January 7, 2020, John Tedder-Hairfield ("Tedder-Hairfield") was dispatched to I-10 East on the Twin Span between New Orleans and Slidell due to debris, a ladder, being reported in the left travel lane. Tedder-Hairfield was dispatched to remove the ladder from the interstate.

2. Tedder-Hairfield was dispatched by his Serco, Inc. supervisor, who was monitoring the Louisiana State Police radio frequency pursuant to authority granted by the Louisiana State Police.

3. At the time of dispatch, Tedder-Hairfield was fulfilling his job duties as an employee of Serco Inc. Serco Inc. is contracted with the Louisiana Department of Transportation and Development ("La. DOTD") to implement the Motorist Assistance Patrol ("MAP") program.

4. The contract is entitled "Motorist Assistance Patrol (MAP) Operations for the Department of Transportation and Development" and the "SCOPE OF SERVICE" provision at paragraph 2 of the contract requires Serco Inc. to "perform Motorist Assistance Patrol statewide on designated segments of state and federal highways" in accordance with the terms of the contract. The specific terms of the contract require Serco Inc. to perform various actions, including but not limited to the following which have been taken verbatim from paragraph 2.1 of the contract:

- Accurate communication of incident details and traffic conditions to the TMC [Traffic Management Center]

- Clear and re-open travel lanes as quickly as possible

- Deliver traveler-focused and performance-driven Motorist Assistance Patrol (MAP) operational services which facilitate reliable and safe movement of people and goods within the state of Louisiana

- Minimize the impacts of roadway incidents

- Assist incident and emergency response agencies and personnel

5. The contract also contains "ATTACHMENT A: STATEMENT OF WORK", and at paragraph 5 of the attachment Serco Inc. is required to perform certain "ROADWAY SERVICES", including but not limited to the following which have been taken verbatim from that paragraph:

    - Traffic control when first on-site of an incident

    - Remove minor debris from the highway

6. At the same time Tedder-Hairfield was dispatched, local law enforcement was also dispatched to the scene to assist with debris removal. Before the police could arrive, Tedder-Hairfield was already at the scene clearing the ladder from the roadway.

7. The actions of Tedder-Hairfield on January 7, 2020 were monitored via video camera by Brittany Higdon of the La. DOTD Traffic Management Center ("TMC"). After being notified of the debris, she was able to locate the debris via the DOTD traffic cameras. Through these traffic cameras she watched Tedder-Hairfield's actions and the subject accident. The debris spotted by Hidgon was a ladder, completely within the left lane of I-10 east on the Twin Span, with no part of it in the middle lane or shoulder

8. Higdon watched Tedder-Hairfield drive onto the I-10 Twin Span, and remain in the left hand lane as he was driving to the scene of the debris. This process took approximately 3-4 minutes. During this entire time, she observed Tedder-Hairfield traveling 20 mph below the posted speed limit of 70 mph, with his Serco vehicle emergency lights, light bar, and arrow board with right arrow signal illuminated.

9. DOTD and MAP badging are present on the side and rear of the Serco vehicle driven by Tedder-Hairfield.

10. Tedder-Hairfield stopped the Serco vehicle in the left-hand lane when he arrived at the scene of the debris, with all lights and warning systems still fully activated. He immediately ran to the ladder and began throwing it to the shoulder.

11. From the time Tedder-Hairfield arrived at the scene, until the time of the rear-end impact by Plaintiff's vehicle, Higdon witnessed more than twenty (20) vehicles pass the Serco vehicle. Even Plaintiff himself testified that another vehicle was able to avoid rear-ending the Serco vehicle.

12. Plaintiff admitted in his deposition that he cannot refute Tedder-Hairfield's testimony that the Serco vehicle's arrow board was activated at the time of the accident.

Respectfully submitted,

*/s/ Dean M. Arruebarrena*
Dean M. Arruebarrena - #24283
Email: darruebarrena@leakeandersson.com
Michael B. Guerry - #37145
E-mail: mguerry@leakeandersson.com
**LEAKE & ANDERSSON, L.L.P.**
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
Tel: 504/585-7500
Fax: 504/585-7775
**ATTORNEYS FOR DEFENDANTS SERCO INC., JOHN TEDDER-HAIRFIELD AND ACE AMERICAN INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record through the CM/ECF system on June 21, 2022.

*/s/Dean M. Arruebarrena*
DEAN M. ARRUEBARRENA